## LaFollette v. Miller.

[No. 7,939.   Filed October 31, 1913.]

From Boone Circuit Court; *James V. Kent*, Special Judge.

Action by William R. LaFollette against Matthew G. Miller. From a judgment for defendant, the plaintiff appeals. *Reversed.*

*T. J. Terhune* and *S. R. Artman*, for appellant.
*B. F. Ratcliff*, for appellee.

CALDWELL, J.—This appeal was, by agreement of the parties submitted upon the briefs filed in the case of *Ashwell* v. *Miller* (1913), *ante* 381, 103 N. E. 37. Following that case, the judgment in the case at bar is reversed, with costs, and the cause remanded, with instructions to sustain appellant's motion for a new trial, and it appearing that appellee has died since the submission of the cause, judgment is reversed as of the term when the submission was made.

---

## Tyre v. Miller.

[No. 7,940.   Filed October 31, 1913.]

From Boone Circuit Court; *James V. Kent*, Special Judge.

Action by James R. Tyre against Matthew G. Miller. From a judgment for defendant, the plaintiff appeals. *Reversed.*

*T. J. Terhune* and *S. R. Artman*, for appellant.
*B. F. Ratcliff*, for appellee.

CALDWELL, J.—This appeal was, by agreement of the parties, submitted upon the briefs filed in the case of *Ashwell* v. *Miller* (1913), *ante* 381, 103 N. E. 37. Following that case, the judgment in the case at bar is reversed, with costs, and the cause remanded, with instructions to sustain appellant's motion for a new trial; and it appearing that appellee has died since the submission of the cause, judgment is reversed as of the term when the submission was made.